UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOHNSON CONTROLS ENTERPRISES :
MEXICO S. DE R.L, DE C,V,, :
                                Plaintiff, : 19 Civ. 11157 (LGS)
:
-against- : ORDER
:
DACHSER USA AIR & SEA LOGISTICS INC. :
:
                                Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated March 2, 2020, set the initial conference for April 2, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on March 26, 2020. ECF 8;

       WHEREAS, the parties did not timely file pre-conference materials. It is hereby

       **ORDERED** that the parties shall file the pre-conference materials as soon as possible, and no later than **March 30, 2020, at 3:00 P.M**.

Dated: March 27, 2020
       New York, New York