UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JOHNSON CONTROLS ENTERPRISES    :
MEXICO S. DE R.L. DE C.V.,                         :
                                  Plaintiff,    :        19 Civ. 11157 (LGS)
:
           -against-                        :        ORDER
:
DACHSER USA AIR & SEA LOGISTICS INC., :
                               Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 28, 2021, a case management conference was held to discuss appropriate next steps.  It is hereby

       **ORDERED** that, for the reasons stated at the conference, the parties shall comply with the deadlines outlined in the trial scheduling order at Dkt. No. 27.  A referral to Judge Moses for purposes of settlement will issue separately.

Dated: January 29, 2021
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**