```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHNSON CONTROLS ENTERPRISES MEXICO S. DE R.L. DE C.V.,

    Plaintiff,

-against-

DACHSER USA AIR & SEA LOGISTICS INC.,

    Defendant.

---

19-CV-11157 (LGS) (BCM)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    A continued settlement conference, for counsel only, will be held telephonically before Judge Barbara Moses on **April 29, 2021, at 10:00 a.m**. Counsel are directed to call (888) 557-8511 a few minutes before the scheduled time, and enter (a) the access code 7746387 and (b) the security code that the Court provided to you. Prior to the conference, the parties must conduct at least one additional good faith settlement discussion, through counsel, either in person or by telephone, and exchange at least one additional good faith offer and counter offer.

Dated:  New York, New York
        April 23, 2021

                                      **SO ORDERED**.

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**