

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

**MEMO ENDORSED**

April 15, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/21

**VIA ECF**
Honorable Barbara Moses
United States District Court
500 Pearl St.
New York, NY 10007-1312

    **Re:**    **Johnson Controls Enterprises Mexico S. De R.L. De C.V. v. Dachser USA Air & Sea Logistics Inc.**
            **U.S. District Court Southern District of New York**
            **Civil Case Number: 19-cv-11157-LGS (BCM)**

Dear Magistrate Judge Moses,

    The instant submission is jointly provided on behalf of Johnson Controls, S.A. DE C.V. and Dachser USA Air & Sea Logistics, Inc., and in accordance with the Magistrate's directives that the parties work and exchange additional settlement positions. In advance of the continuation of the settlement conference set for tomorrow, April 29, 2021, the parties jointly advise of the following:

- The parties have amicably resolved the case via settlement.
- With thanks and appreciation, in light of the settlement reached this afternoon, tomorrow's conference will no longer be necessary, and it is respectfully requested that same be adjourned and canceled.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*
Andrew R. Spector

-and-

CARUSO GLYNN, LLC
*/s/ Lawrence C. Glynn*
Lawrence C. Glynn

> Application GRANTED. The April 29, 2021 settlement conference is adjourned *sine die*. SO ORDERED.
>
> _____
> Barbara Moses U.S.M.J.
> April 28, 2021

ARS/as

Continental Plaza • 3250 Mary Street, Suite 405 • Miami, FL 33133
11 Broadway, Suite 615, New York, NY 10004
www.spectorrubin.com